# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
|     Plaintiff, | )    C.A. No. 23-87-CJB |
| | ) |
| v. | ) |
| | ) |
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Eugene Novikov, Raghav Krishnapriyan, Joyce C. Li and Hannah Jiam of MORRISON FOERSTER, 425 Market Street, San Francisco, CA 94105 to represent Defendant Stodge Inc. d/b/a Postscript in this matter.

                                                         POTTER ANDERSON & CORROON LLP

                                                         By: */s/ David E. Moore*
                                                             David E. Moore (#3983)
                                                             Bindu A. Palapura (#5370)
                                                            Andrew L. Brown (#6766)
                                                            Hercules Plaza, 6th Floor
                                                           1313 N. Market Street
                                                           Wilmington, DE 19801
                                                           Tel: (302) 984-6000
                                                           dmoore@potteranderson.com
                                                           bpalapura@potteranderson.com
                                                           abrown@potteranderson.com

Dated: June 28, 2023                         *Attorneys for Defendant Stodge Inc.*
10892845                                               *d/b/a Postscript*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                                            _____
                                                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: June 28, 2023                Signed: */s/ Eugene Novikov*
                                                        Eugene Novikov
                                                        MORRISON FOERSTER
                                                        425 Market Street
                                                        San Francisco, CA 94105
                                                        Tel: (415) 268-6037
                                                        enovikov@mofo.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: June 28, 2023                Signed: */s/ Raghav Krishnapriyan*
                                                        Raghav Krishnapriyan
                                                        MORRISON FOERSTER
                                                        425 Market Street
                                                        San Francisco, CA 94105
                                                        Tel: 31 (6) 29590151
                                                        rkrishnapriyan@mofo.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 28, 2023                    Signed: */s/ Joyce C. Li*
                                       Joyce C. Li
                                       MORRISON FOERSTER
                                       425 Market Street
                                       San Francisco, CA 94105
                                       Tel: (415) 268-6035
                                       joyceli@mofo.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 28, 2023                    Signed: */s/ Hannah Jiam*
                                             Hannah Jiam
                                             MORRISON FOERSTER
                                             425 Market Street
                                             San Francisco, CA 94105
                                             Tel: (415) 268-6086
                                             hjiam@mofo.com