# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-87-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Attentive Mobile Inc. and Defendant Stodge Inc. d/b/a Postscript ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to August 4, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Michael J. Flynn* <br> Jack B. Blumenfeld (#1014) <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mflynn@morrisnichols.com | By: */s/ Andrew L. Brown* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com |
| *Attorneys for Plaintiff Attentive Mobile Inc.* | *Attorneys for Defendant Stodge Inc. d/b/a Postscript* |

Dated: July 20, 2023
10925053 / 22870.00001

IT IS SO ORDERED, this _____ day of _____ 2023.

_____
U.S.D.J.