**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-87-CJB |
| v. | ) |
| | ) |
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on July 27, 2023, upon the following attorneys of record as

indicated below:

STODGE INC. D/B/A POSTSCRIPT'S INITIAL INVALIDITY CONTENTIONS
[CLAIM CHARTS A1-A18, B1-B18 AND C1-18]

## VIA ELECTRONIC MAIL

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com

Christopher C. Campbell
Ryan A. Schmid
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
ccampbell@kslaw.com
rschmid@kslaw.com
Attentive_Mobile@kslaw.com

Britton F. Davis
Brian Eutermoser
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
BFDavis@KSLAW.com
beutermoser@kslaw.com
Attentive_Mobile@kslaw.com

POTTER ANDERSON & CORROON LLP

|  |  |
|---|---|
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| Gene Novikov | Bindu A. Palapura (#5370) |
| Hannah Jiam | Andrew L. Brown (#6766) |
| Raghav Krishnapriyan | Hercules Plaza, 6th Floor |
| Joyce C. Li | 1313 N. Market Street |
| MORRISON FOERSTER | Wilmington, DE  19801 |
| 425 Market Street | Tel:  (302) 984-6000 |
| San Francisco, CA 94105-2482 | dmoore@potteranderson.com |
| Tel: (415) 268-7000 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |

Dated:  July 28, 2023                           *Attorneys for Defendant Stodge Inc.*
10839667 / 22870.00001                       *d/b/a Postscript*