IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1163-CJB |
| ) | |
| 317 LABS, INC. d/b/a EMOTIVE, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. No. 23-87-CJB |
| ) | |
| STODGE INC. d/b/a POSTSCRIPT, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND [PROPOSED] ORDER
TO MODIFY RULE 16 SCHEDULING ORDER**

WHEREAS, the parties to the above actions have agreed, subject to the approval and order of the Court, to modify the current Scheduling Orders in their respective related cases (D.I. 29, No. 22-1163-CJB; D.I. 20, No. 23-87-CJB) to consolidate claim construction proceedings in the interest of efficiency and to conserve the resources of the Court and the parties.

WHEREAS, the scheduling modifications the parties propose for *Attentive Mobile Inc. v. 317 Labs, Inc. d/b/a Emotive*, C.A. No. 22-1163, are to align and consolidate claim construction proceedings between the two related cases captioned above and are not meant to impact any other portion of the parties scheduling orders; and

WHEREAS, the parties wish to consolidate Claim Construction Briefing in the interest of conserving judicial and party resources;

NOW THEREFORE, the parties respectfully request that the court modify the Scheduling Order in *Attentive Mobile Inc. v. 317 Labs, Inc. d/b/a Emotive*, CA. No. 22-1163-CJB (D.I. 29) as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Exchange List of Proposed Construction Terms and Proposed Construction | September 1, 2023 | September 29, 2023 |
| Meet and Confer for Joint Construction Chart | September 1, 2023 – September 15, 2023 | September 29, 2023 – October 13, 2023 |
| File Joint Claim Construction Chart | September 15, 2023 | October 13, 2023 |
| Serve Claim Construction Opening Brief | October 5, 2023 | November 3, 2023 |
| Serve Claim Construction Answering Brief | October 19, 2023 | November 17, 2023 |
| Serve Claim Construction Reply Brief | October 26, 2023 | November 27, 2023 |
| Serve Claim Construction Sur-Reply Brief | November 3, 2023 | December 4, 2023 |

| File Joint Claim Construction Brief | November 10, 2023 | December 8, 2023 |
| --- | --- | --- |
| Claim Construction Hearing | December 7, 2023 | January 9, 2024 |

The parties further respectfully request that the court allow the parties to consolidate Claim Construction briefing and allow Defendants to jointly file their Claim Construction Brief by modifying the following language in Sections 13 and 14 of the Scheduling Order in the above captioned cases (D.I. 29, No. 22-1163-CJB; D.I. 20, No. 23-087-CJB) as follows:

13. **Claim Construction Briefing**. Plaintiff shall serve, but not file, its opening brief upon Defendants 317 LABS, INC. d/b/a EMOTIVE and STODGE Inc. d/b/a POSTSCRIPT (collectively, "Defendants"), not to exceed 20 pages, on claim construction on or before November 3, 2023.  Defendants shall jointly serve, but not file, their joint answering claim construction brief, not to exceed 30 pages, on or before November 17, 2023. Plaintiff shall serve, but not file, its reply brief, not to exceed 20 pages, on or before November 27, 2023.  Defendants shall serve, but not file, their joint sur-reply brief, not to exceed 10 pages, on or before December 4, 2023. No later than December 8, 2023, the parties shall file a single Joint Claim Construction Brief. The parties shall copy and paste their unfiled briefs into one brief, with their positions on each claim term in sequential order, in substantially the form below:

I. Agreed-upon Constructions

II. Disputed Constructions

A. [TERM 1]

    1. Plaintiff's Opening Position

    2. Defendants' Joint Answering Position

    3. Plaintiff's Reply Position

    4. Defendants' Joint Sur-Reply Position

B. [TERM 2]

    1. Plaintiff's Opening Position

    2. Defendants' Joint Answering Position

    3. Plaintiff's Reply Position

    4. Defendants' Joint Sur-Reply Position

The parties need not include any general summaries of the law relating to claim construction. If there are any materials that would be submitted in an appendix, the parties shall file them in a joint appendix.

    14. Hearing on Claim Construction. Beginning at 11:00 am, on January 9, 2024, the Court will hear argument on claim construction. The parties shall notify the Court, by joint letter submission, no later than the date on which the Joint Claim Construction Brief is due: (i) whether they request leave to present testimony at the hearing; (ii) the amount of time they are requesting be allocated to them for the hearing; and (iii) the order in which they intend to present the claim terms at issue, including which side will present first for each term. Provided that

the parties comply with all portions of this Scheduling Order, and any other orders of the Court, the Court will endeavor to issue its claim construction order within sixty (60) days of the conclusion of the claim construction hearing.

*Of Counsel:*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Richard Martinelli
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
martinelli@orrick.com

Michael Chow
355 S Grand Ave No. 2700
Los Angeles, CA 90071
(213) 629-2020
mchow@orrick.com

Jonathan Liu
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7400
jonathanliu@orrick.com

*Of Counsel*:

Gene Novikov
Hannah Jiam
Raghav Krishnapriyan
Joyce C. Li
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000

ASHBY & GEDDES

/s/ *John G. Day*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*
*317 Labs, Inc. d/b/a/ Emotive*

POTTER ANDERSON & CORROON

/s/ *Andrew L. Brown*
_____
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant*
*Stodge Inc. d/b/a/ Emotive*

| | |
|---|---|
| *Of Counsel*: | MORRIS NICHOLS ARSHT & TUNNELL |
| Christopher C. Campbell<br>Ryan A. Schmid<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>(202) 626-5578 | /s/ *Michael J. Flynn*<br><br>Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com |
| Britton F. Davis<br>Brian Eutermoser<br>KING & SPALDING LLP<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 535-2300 | *Attorneys for Plaintiff*<br>*Attentive Mobile Inc.* |

**SO ORDERED** this \_\_\_\_\_ day of September, 2023

                                                Christopher J. Burke
                                UNITED STATES MAGISTRATE JUDGE