# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-87-CJB ) ) **JURY TRIAL DEMANDED** |
| STODGE INC. d/b/a POSTSCRIPT, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER AMENDING SCHEDULE FOR PATENT INFRINGEMENT COUNTERCLAIM

WHEREAS, on August 25, 2023, Defendant filed its Amended Answer (D.I. 50) asserting, among other things, a claim for infringement of U.S. Patent No. 11,709,660 (the "'660 Patent"); and

WHEREAS, the parties have conferred on a schedule that incorporates the '660 Patent into this case and includes a request for a claim construction hearing on the '660 Patent in March 2024 and a hearing on dispositive motions on the '660 Patent in December 2024; and aligning with the current schedule for the Joint Proposed Final Pretrial Order;

IT IS THEREFORE STIPULATED AND AGREED by the undersigned counsel for Plaintiff/Counterdefendant Attentive Mobile Inc. and Defendant/Counterclaimant Stodge Inc. d/b/a Postscript, subject to the approval of the Court, that the following deadlines shall apply to Defendant's patent infringement counterclaim for the '660 Patent:

| EVENT | DEADLINE |
|---|---|
| Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) Due | Friday, September 29, 2023 |
| Default Standard Paragraph 3 disclosures | Wednesday, October 18, 2023 |

| | |
|---|---|
| Counterclaimant identify accused products, methods, and systems and state which patents each infringes; Counterclaimant identify damages model; Counterclaimant produce file history for each asserted patent | Friday, September 29, 2023 |
| Counterclaimant produce license agreements and settlement agreements that are directed to the asserted patents | Friday, September 29, 2023 |
| Counterdefendant produce core technical documents and (a) historical shipment figures for the accused products and systems and for the products and systems performing the accused methods; and (b) sales/licensing figures regarding the data obtained from the accused products, methods, and systems, including figures for any downstream interest Counterdefendant maintains in data licensing and sales | Tuesday, October 24, 2023 |
| Counterclaimant produce initial claim chart relating each known accused product to the asserted claims each product allegedly infringes | Friday, November 17, 2023 |
| Counterdefendant produce initial invalidity claim charts for each asserted claim and known invalidating references | Monday, December 18, 2023 |
| Exchange list of claim terms proposed for construction and their proposed constructions | Friday, December 29, 2023 |
| Prepare joint claim construction chart and file with the Court; concurrent filing of Motion for Claim Construction | Tuesday, January 9, 2024 |
| Joinder of parties and amendment of pleadings | Friday, October 27, 2023 |
| Counterclaimant's opening claim construction brief | Tuesday, January 23, 2024 |
| Counterdefendant's answering claim construction brief | Tuesday, February 6, 2024 |
| Counterclaimant's reply claim construction brief | Tuesday, February 13, 2024 |

| | |
|---|---|
| Counterdefendant's sur-reply claim construction brief | Tuesday, February 20, 2024 |
| File joint claim construction brief; parties provide optional technology tutorials to the Court; parties notify the Court: (i) whether they request leave to present testimony at claim construction hearing; (ii) the amount of time they request be allocated to them for the hearing; and (iii) the order in which they intend to present the claim terms at issue, including which side will present first for each term | Tuesday, February 27, 2024 |
| Parties provide optional written comments on opposing parties' technology tutorials (seven days after joint claim construction brief) | Wednesday, March 6, 2024 |
| Claim construction hearing | Wednesday, March 27, 2024 at 11:00a.m. |
| Document production substantially complete | Wednesday, April 17, 2024 |
| Interim status report after claim construction order | 5 days after claim construction order |
| Supplemental identification of accused products and invalidity references | 5 days after claim construction order |
| Final Infringement Contentions / Claim Charts | 14 days after Order on Claim Construction |
| Final Invalidity Contentions / Claim Charts | 14 days after Final Infringement Contentions/ Claim Charts |
| Close of Fact Discovery | The later of Monday, May 27, 2024 or 14 days after Final Invalidity Contentions / Claim Charts |
| Opening expert reports by party with burden of proof | Monday, July 8, 2024 |
| Responsive expert reports by party without burden of proof | Monday, August 5, 2024 |
| Reply expert reports by party with burden of proof | Monday, August 19, 2024 |

| Expert depositions complete | Friday, September 13, 2024 |
|---|---|
| Summary judgment and Daubert motions | Thursday, October 3, 2024 |
| Opposition briefs regarding summary judgment and Daubert motions | Thursday, October 24, 2024 |
| Reply briefs re summary judgment and Daubert motions | Thursday, November 7, 2024 |
| Hearing on summary judgment and Daubert motions (subject to the Court's availability) | Wednesday, November 20, 2024 at 11:00am |
| Joint Proposed Final Pretrial Order | Friday, March 14, 2025 |
| Pretrial conference | Friday, March 21, 2025 |
| Trial | Monday, April 7, 2025 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:  */s/ Michael J. Flynn*
    Jack B. Blumenfeld (#1014)
    Michael J. Flynn (#5333)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@morrisnichols.com
    mflynn@morrisnichols.com

*Attorneys for Plaintiff Attentive Mobile Inc.*

Dated: October 18, 2023
11078422 / 22870.00001

POTTER ANDERSON & CORROON LLP

By:  */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant Stodge Inc.*
*d/b/a Postscript*

    IT IS SO ORDERED, this 19th day of October, 2023.

_____
U.S.M.J.

4