IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., <br><br> Plaintiff, <br><br> v. <br><br> 317 LABS, INC. d/b/a EMOTIVE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-1163 (CJB) <br> ) <br> ) <br> ) <br> ) |
| ATTENTIVE MOBILE INC., <br><br> Plaintiff, <br><br> v. <br><br> STODGE INC. d/b/a POSTSCRIPT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-087 (CJB) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME FOR CLAIM CONSTRUCTION DEADLINES**

It is hereby stipulated and agreed by the Parties, subject to the approval of the Court, that the deadlines for Plaintiff to serve its reply claim construction brief and for Defendants to serve their sur-reply claim construction brief be extended, and the deadline to file the Joint Claim Construction Brief be extended by one business day, as set forth below:

| Event | Current Date | Amended Date |
|---|---|---|
| Attentive's Reply Claim Construction Brief | November 27, 2023 | November 30, 2023 |
| Defendants' Sur-Reply Claim Construction Brief | December 4, 2023 | December 7, 2023 |
| File Joint Claim Construction Brief | December 8, 2023 | December 11, 2023 |

1

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ *Michael J. Flynn* | /s/ *Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiff Attentive Mobile Inc.* | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant 317 Labs, Inc. d/b/a Emotive*<br><br>POTTER ANDERSON & CORROON LLP<br><br>/s/ *Andrew L. Brown*<br><br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Defendant Stodge Inc. d/b/a Postscript* |

November 15, 2023

**SO ORDERED**, this _____ day of November, 2023.

_____
J.