# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

December 11, 2023

**VIA ELECTRONIC-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

Re: *Attentive Mobile Inc. v. 317 Labs, Inc. d/b/a Emotive*, C.A. No. 22-1163-CJB
*Attentive Mobile Inc. v. Stodge Inc. d/b/a Postscript*, C.A. No. 23-87-CJB

Dear Judge Burke:

Pursuant to Paragraph 11 of the Scheduling Orders in these cases, Plaintiff Attentive Mobile submits the enclosed USB drives containing its Tutorial Describing the Technology and Matters in Issue in advance of the Claim Construction Hearing on January 9, 2024. A copy of the tutorial was served on Defendants on December 11.

Respectfully,

Michael Flynn (# 5333)
*Counsel for Plaintiff Attentive Mobile Inc.*

cc: All counsel of record