## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Plaintiff/Counter-defendant, | ) |
| | ) C.A. No. 23-87-CJB |
| v. | ) |
| | ) |
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the Court had previously entered a scheduling order governing Attentive's patents ("Attentive Patent Case") (D.I. 20) and a scheduling order governing patent infringement counterclaim for Postscript's patent ("Postscript Patent Case") (D.I. 74); and

WHEREAS, the parties have conferred and agreed to adjustments of certain deadlines as set forth in the governing scheduling orders;

IT IS HEREBY STIPULATED, by the parties, subject to the approval of the Court, that the following deadlines shall apply:

| Event | Current Deadline for Attentive Patent Case | Current Deadline for Postscript Patent Case | Proposed Deadlines |
|---|---|---|---|
| Postscript's final infringement contentions for Postscript patent | | May 1, 2024 | May 1, 2024 (Completed) |
| Attentive's final invalidity contentions for Postscript patent | | May 15, 2025 | May 15, 2024 (Completed) |
| Attentive's final infringement contentions for Attentive patents | 30 days after claim construction order | | July 19, 2024 |
| Postscript's final invalidity contentions for Attentive patents | 21 days after final | | Aug. 9, 2024 |

ME1 48474844v.1

| Event | Current Deadline for Attentive Patent Case | Current Deadline for Postscript Patent Case | Proposed Deadlines |
|---|---|---|---|
| | infringement contentions | | |
| Close of fact discovery | 14 days after final invalidity contentions | May 23, 2024 | Aug. 23, 2024 (for both the Attentive and Postscript Patent Cases) |
| Opening expert reports | June 14, 2024 | July 8, 2024 | Sept. 27, 2024 (for both the Attentive and Postscript Patent Cases) |
| Responsive expert reports | July 12, 2024 | Aug. 5, 2024 | Oct. 25, 2024 (for both the Attentive and Postscript Patent Cases) |
| Reply expert reports | July 26, 2024 | Aug. 19, 2024 | --- |
| Complete expert depositions | Aug. 23, 2024 | Sept. 13, 2024 | Nov. 8, 2024 (for both the Attentive and Postscript Patent Cases) |
| Summary Judgment and *Daubert* motions | Sept. 12, 2024 | Oct. 3, 2024 | Nov. 26, 2024 (for both the Attentive and Postscript Patent Cases) |
| Summary Judgment and *Daubert* opposition briefs | Oct. 3, 2024 | Oct. 24, 2024 | Dec. 17, 2024 (for both the Attentive and Postscript Patent Cases) |
| Summary Judgment and *Daubert* reply briefs | Oct. 17, 2024 | Nov. 7, 2024 | Jan. 7, 2025 (for both the Attentive and Postscript Patent Cases) |
| Summary Judgment and *Daubert* hearing | Nov. 7, 2024 | Nov. 20, 2024 | January 23, 2025 at 11:00am  (for both the Attentive and Postscript Patent Cases) |
| Pretrial Conference | March 21, 2025 | March 21, 2025 | May 2, 2025 at 10:00 am (for both the Attentive and Postscript Patent Cases) |
| Trial | April 7, 2025 | April 7, 2025 | May 19, 2025 (for both the Attentive and Postscript Patent Cases) |

2

Dated: May 17, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| /s/ Michael J. Flynn | Daniel M. Silver (#4758) |
| Jack B. Blumenfeld (#1014) | Alexandra M. Joyce (#6423) |
| Michael J. Flynn (#5333) | Maliheh Zare (#7133) |
| 1201 North Market Street | 405 N. King Street, 8th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 984-6300 |
| (302) 658-9200 | dsilver@mccarter.com |
| jblumenfeld@morrisnichols.com | ajoyce@mccarter.com |
| mflynn@morrisnichols.com | mzare@mccarter.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED, this 20th day of May, 2024.

_Christopher J. Burke_
United States Magistrate Judge

3

ME1 48474844v.1