# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Plaintiff/Counter-defendant, | ) |
| | ) C.A. No. 23-87-CJB |
| v. | ) |
| | ) |
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

**DEFENDANT STODGE INC. d/b/a POSTSCRIPT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND AMENDED NOTICE OF DEPOSITION OF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

sf-6088180

Subject to the foregoing objections, Postscript will use reasonable diligence to prepare and produce a witness or witnesses to testify on the date in which Postscript first learned of the Asserted Patents.

**TOPIC NO. 32:**

All communications and Documents involving You that refer to, mention, or discuss the Asserted Patents and/or Plaintiff's products.

**RESPONSE TO TOPIC NO. 32:**

Postscript objects to this Topic as seeking information subject to the attorney-client privilege and work product doctrine. Postscript further objects to this Topic as overbroad, unduly burdensome, and not proportional to the needs of the case. In particular, Postscript objects to "all communications and Documents" and "communications and Documents involving You that refer to, mention, or discuss … Plaintiff's products" as overbroad and not proportional to the needs of the case.

Subject to the foregoing objections, Postscript will use reasonable diligence to prepare and produce a witness or witnesses to testify at a high-level on its competitive intelligence for Postscript's two-touch functionality that relates to Plaintiff's products.

**TOPIC NO. 33:**

Any efforts, attempts, or plans by You to design, redesign, commercialize, or modify any Accused Products and/or any components, functionality, or modules of the Accused Products in view of the Asserted Patents, including actions taken to avoid infringement of or design around any Asserted Patent with respect to any of the Accused Products.

sf-6088180