## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ATTENTIVE MOBILE INC.,                    )
                                          )
    Plaintiff / Counterclaim-             )
Defendant,                                )
                                          )
    v.                                    )      Civil Action No. 23-87-CJB
                                          )
STODGE, INC., d/b/a POSTSCRIPT,           )
                                          )
    Defendant / Counterclaim-             )
Plaintiff.                                )

## ORDER

At Wilmington, Delaware this **6th day of August, 2025**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED that Defendant/Counterclaim-Plaintiff Stodge Inc. d/b/a Postscript's

motion for summary judgment No. 1 on Plaintiff/Counterclaim-Defendant Attentive Mobile,

Inc.'s ("Attentive") claims of infringement of United States Patent Nos. 11,416,887, 11,416,897

and 11,553,074, (D.I. 467), is GRANTED as it relates to the second of Attentive's two theories

of infringement (regarding the "SMSRedirectTest() theory").

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE