**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ATTENTIVE MOBILE INC., | ) | |
| | ) | |
| Plaintiff / Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-87-CJB |
| | ) | |
| STODGE, INC., d/b/a POSTSCRIPT, | ) | |
| | ) | |
| Defendant / Counterclaim-Plaintiff. | ) | |

**ORDER**

At Wilmington, Delaware this **13th day of August, 2025**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED that Plaintiff/Counterclaim-Defendant Attentive Mobile, Inc.'s motion for

summary judgment of invalidity of United States Patent No. 11,709,660, (D.I. 482), is DENIED.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE