IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC., d/b/a POSTSCRIPT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-87-CJB |
| | ) |
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, Delaware this **18th day of August, 2025**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendant Attentive Mobile, Inc.'s motion for summary judgment of invalidity of United States Patent No. 11,709,660 under 35 U.S.C. § 101, (D.I. 469), is DENIED.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE