IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) C.A. No. 23-87-CJB ) |
| STODGE INC. d/b/a POSTSCRIPT, | ) **JURY TRIAL DEMANDED** ) |
| Defendant/Counter-Claimant. | ) |

**STIPULATION AND [PROPOSED] ORDER
TO DISMISS CERTAIN COUNTERCLAIMS WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by the parties pursuant to Federal Rule of Civil Procedure 41(a)(2) that Stodge Inc. d/b/a Postscript's declaratory judgment counterclaims of invalidity against Attentive Mobile Inc. concerning Attentive's U.S. Patent Nos. 11,416,887 ("the '887 Patent"), 11,416,897 ("the '897 Patent"), and 11,553,074 ("the '074 Patent") (Postscript's Counterclaims 2, 4, 6 in D.I. 50) are dismissed without prejudice.[1] Each party will bear its own costs and fees with respect to the counterclaims dismissed herein.

---

[1] To the extent that the Court's summary judgment ruling resolving all of Attentive's claims of patent infringement in Postscript's favor (D.I. 704, 710, 729) is reversed, Postscript's declaratory judgment counterclaims of invalidity against the '887 Patent, '897 Patent, and '074 Patent will be reinstated on remand. *See, e.g.*, *Liquid Dynamics Corp. v. Vaughan Co.*, 355 F.3d 1361, 1370 (Fed. Cir. 2004) ("Because we reversed the summary judgment of non-infringement, these counterclaims are no longer moot and must be reinstated."); *McGinley v. Luv N' Care Ltd.*, 819 F. App'x 913, 924 (Fed. Cir. 2020) ("Because the district court dismissed the claims of Count III as moot only after finding that the Accused Device does not infringe the asserted claims, and because we vacate the district court's finding of no infringement, we agree with McGinley that the claims of Count III should be reinstated on remand and that the district court's Order awarding LNC costs as the prevailing party be vacated.")

DATED: August 19, 2025

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Alexandra M. Joyce* |
| Michael J. Flynn (#5333) | Daniel M. Silver (#4758) |
| Cameron P. Clark (#6647) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Maliheh Zare (#7133) |
| P.O. Box 1347 | 405 North King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| mflynn@morrisnichols.com | dsilver@mccarter.com |
| cclark@morrisnichols.com | ajoyce@mccarter.com |
|  | mzare@mccarter.com |
| *Attorneys for Plaintiff/Counter-Defendant Attentive Mobile Inc.* | *Attorneys for Defendant/Counter-Claimant Stodge Inc. d/b/a Postscript* |

**SO ORDERED**, this ____ day of August, 2025.

_____
The Honorable Christopher J. Burke