IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 23-087 (CJB) |
| ) | |
| v. ) | |
| ) | |
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| Defendant. ) | |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that you were given in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

**IT IS VERY IMPORTANT THAT YOU FOLLOW
THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

2

**FINDINGS ON POSTSCRIPT'S INFRINGEMENT CLAIMS**

**Question 1: Infringement of U.S. Patent No. 11,709,660 (the "'660 patent")**

Did Postscript prove, by a preponderance of the evidence, that Attentive's Magic Composer functionality directly infringes any of the following claims of the '660 patent?

("YES" is a finding in favor of Postscript; "NO" is a finding in favor of Attentive.)

\_\_\_\_\_   **Claim 4**

\_\_\_\_\_   **Claim 6**

\_\_\_\_\_   **Claim 10**

\_\_\_\_\_   **Claim 14**

## FINDINGS ON INVALIDITY OF THE POSTSCRIPT PATENT

**Question 2: Invalidity of Postscript's '660 Patent**

Did Attentive prove, by clear and convincing evidence, that any of the following claims of Postscript's '660 patent are invalid as anticipated (under 35 U.S.C. § 102) and/or obvious (under 35 U.S.C. § 103)?

("YES" is a finding in favor of Attentive; "NO" is a finding in favor of Postscript.)

\_\_\_\_\_ **Claim 4**

\_\_\_\_\_ **Claim 6**

\_\_\_\_\_ **Claim 10**

\_\_\_\_\_ **Claim 14**

*If you found any claim of the Postscript '660 patent infringed in Question 1 above, and also found that any of those same infringed claims is **not** invalid above, answer Question 3 below. For example, if you answered YES for any claim in Question 1, and answered NO for that same claim in Question 2, answer Question 3. Otherwise, you have reached the end of the Verdict Form and should proceed to the last page.*

## DAMAGES FOR INFRINGEMENT OF THE POSTSCRIPT PATENT

**Question 3: Damages for Infringement of the Postscript Patent**

What is the amount of money that Postscript has proven by a preponderance of the evidence to be a reasonable royalty to compensate Postscript for Attentive's infringement through the date of trial?

$ _____

## **FINAL PAGE OF THE VERDICT FORM**

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date: _____

Signed: _____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror