IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-087 (CJB) |
| ) | |
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| Defendant. ) | |

**ATTENTIVE'S MOTION FOR A LIMITED POST-TRIAL EVIDENTIARY HEARING REGARDING ITS DEFENSE OF INELIGIBILITY UNDER 35 U.S.C. § 101**

Pursuant to the Court's October 3, 2025 Oral Order (D.I. 811), Defendant Attentive Mobile Inc. respectfully moves the Court for a limited post-trial evidentiary hearing regarding Attentive's defense of patent ineligibility under 35 U.S.C. § 101. The grounds for this motion are set forth in Attentive's portion of the October 1, 2025 Joint Status Report (D.I. 810 at 4-5, 20-26).

Attentive respectfully proposes that the hearing be held in mid-December, in view of November being the busiest month for Attentive's business and the availability of Attentive witnesses is limited. Specifically, Attentive has confirmed that its counsel and expected witnesses are available on December 12, subject to Postscript's and the Court's availability, and is willing to consider additional dates that work for the parties and the Court.

A Proposed Order is attached.

- 2 -

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Michael J. Flynn* |
| Christopher C. Campbell<br>Britton F. Davis<br>Matthew D. Wood<br>Katherine E. Vessels<br>Halima S. Ndai<br>CAHILL GORDON & REINDEL LLP<br>900 16th Street N.W., Suite 500<br>Washington, D.C. 20006<br>(202) 862-8900 | Michael J. Flynn (#5333)<br>Cameron Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Attentive Mobile Inc.* |

Rahul Sarkar
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

Jason Lo
Jihao Chen
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-700

Mark Reiter
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

Benjamin Hershkowitz
Eli Balsam
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

October 3, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-087 (CJB) |
| | ) |
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

The Court, having considered Defendant Attentive Mobile Inc.'s motion and the parties' respective positions in the Joint Status Report (D.I. 810), hereby finds that Attentive's motion should be **GRANTED**;

**IT IS HEREBY ORDERED** that an evidentiary hearing on Attentive's defense of patent ineligibility under 35 U.S.C. § 101 is set for December ___, 2025. The Court is setting aside ___ hours for the hearing, to be divided equally between the parties.

**SO ORDERED**, this _____ day of October, 2025.

_____
The Honorable Christopher J. Burke

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 3, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>Maliheh Zare<br>MCCARTER & ENGLISH, LLP<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Timothy C. Saulsbury<br>Hannah Jiam<br>Joyce C. Li<br>Bethany D. Bengfort<br>Eric C. Wiener<br>Daralyn J. Durie<br>Ramsey W. Fisher<br>Tannyr Pasvantis<br>MORRISON FOERSTER<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sara Doudar<br>MORRISON FOERSTER<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Aditya V. Kamdar<br>MORRISON FOERSTER<br>2100 L Street, NW<br>Suite 900 Washington, D.C. 20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

- 2 -

Raghav Krishnapriyan　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA  94105
*Attorneys for Plaintiff*

David Carter, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
STODGE INC. D/B/A POSTSCRIPT
112 North Central Avenue, Suite 600-B
Phoenix, AZ  85004
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Flynn*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Flynn (#5333)