**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STODGE INC. d/b/a POSTSCRIPT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-87-CJB |
| v. | ) | |
| | ) | |
| ATTENTIVE MOBILE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NON-FINAL JUDGMENT FOLLOWING JURY VERDICT</u>**

This action came before the Court for a trial by jury beginning on August 25, 2025. The issues have been tried and the jury rendered a unanimous verdict on August 29, 2025 (D.I. 791).[1]

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 58, that:

1. Judgment is entered in favor of Plaintiff Stodge Inc. d/b/a Postscript ("Postscript") and against Defendant Attentive Mobile Inc. ("Attentive") on Postscript's claims that Attentive infringed claims 4, 6, 10 and 14 (the "Asserted Claims") of U.S. Patent No. 11,709,660 (the "'660 Patent").

2. Judgment is entered in favor of Postscript and against Attentive on Attentive's counterclaims that the Asserted Claims of the '660 Patent are invalid under 35 U.S.C. §§ 102 or 103.

3. Damages are awarded to Postscript in the amount of $1,522,000.00 for Attentive's infringement of the Asserted Claims of the '660 Patent for the period through the date of trial.

---

[1] The public redacted version of the Jury Verdict is located at D.I. 792.

This Judgment is not a final judgment, and instead serves to trigger the time for filing post-trial motions only on issues that were decided by the jury.  A separate, appealable final judgment on all claims will issue pursuant to Fed. R. Civ. P 54(b) following this Court's ruling on post-trial motions on issues that were decided by the jury, or if no post-trial motion is filed within 28 days of the entry of this judgment.

IT IS SO ORDERED AND ADJUDGED.

October 15, 2025

_Christopher J. Burke_
UNITED STATES MAGISTRATE JUDGE