IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v.  ) | C.A. No. 23-087 (CJB) |
| ) | |
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 7, 2025 Order (D.I. 821), the parties submit this Joint Status Report with their proposals on how the limited evidentiary hearing and associated briefing concerning Attentive's patent-eligibility defense under 35 U.S.C. § 101 should proceed.[1]

## I. The Evidentiary Hearing.

The parties propose a four-hour evidentiary hearing. Each side would have a total of two hours for presentation of live-witness testimony and any cross examination of the other side's witness(es). Attentive would present its witnesses first.

The parties have been unable to identify dates in the next three months on which both parties will be available. The parties request that the Court allow the parties to provide a supplement joint status report on Friday, December 5 identifying dates on which both parties are available.

## II. Pre-Hearing Schedule.

**The parties propose the following pre-hearing schedule:**

*Four weeks before the hearing*: The parties exchange witness lists, exhibit lists, and copies of exhibits.

*Three weeks before the hearing*: The parties exchange objections to witness lists and exhibit lists.

*Two weeks before the hearing*: The parties submit witness lists and exhibit lists to the Court.

*One week before the hearing*: The Court holds a pre-hearing conference with the parties, by videoconference, to resolve any outstanding objections to the parties' pre-hearing disclosures.

**In addition, the parties submit the following competing proposals regarding deposition designations and trial transcript designations:**

Attentive's Proposal: Attentive proposes that the parties exchange deposition designations and trial transcript designations four weeks before the hearing; objections to deposition designations and trial transcript designations three weeks before the hearing; and submit deposition designations and trial designations to the Court two weeks before the hearing. Attentive believes that an exchange of deposition and trial designations is necessary to allow the parties to address those designations as necessary with additional affirmative testimony or cross-examination during the hearing. An exchange of designations would also be consistent with Federal Rule of Civil Procedure 26(a)(3)(A).

---

[1] Although Postscript submits this proposal pursuant to the Court's order, Postscript does not agree that it waived any rights to a jury trial on Attentive's section 101 defense (*see* D.I. 821 at 7).

      <u>Postscript's Proposal</u>: Postscript proposes that the parties do not exchange deposition or trial designations before the hearing, but instead cite the relevant testimony in their post-hearing briefing. Because the evidence will not be presented to a jury, there is no need for the Court to resolve evidentiary issues before the hearing. Postscript believes it will be most efficient for the parties and the Court to address any evidentiary issues related to deposition or trial designations through the post-hearing briefing.

### III.    The Briefing.

      The parties propose that they submit a joint status report setting out their proposals for post-hearing briefing schedule two weeks after the Court schedules the evidentiary hearing.

McCarter & English, LLP

*/s/ Daniel M. Silver*

---

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for*
*Stodge Inc. d/b/a Postscript*

OF COUNSEL:

Daralyn J. Durie
Timothy C. Saulsbury
Hannah Jiam
Joyce C. Li
Eric C. Wiener
Ramsey Fisher
Tannyr Pasvantis
Morrison Foerster
425 Market Street
San Francisco, CA 94105

Sara Doudar
Morrison Foerster
707 Wilshire Boulevard
Los Angeles, CA 90017

Raghav Krishnapriyan
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Cameron P. Clark*

---

Michael J. Flynn (#5333)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Attentive Mobile Inc.*

OF COUNSEL:

Jason Lo
Jihao Chen
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-700

Mark Reiter
Gibson Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

Benjamin Hershkowitz
Eli Balsam
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Christopher C. Campbell
Britton F. Davis
Halima Ndai
Matthew D. Wood
Cahill Gordon & Reindel LLP
1990 K Street, N.W.,
Suite 950
Washington, D.C. 20006
(202) 862-8900

4

Rahul Sarkar<br>
CAHILL GORDON & REINDEL LLP<br>
32 Old Slip<br>
New York, NY 10005<br>
(212) 701-3000

November 21, 2025