**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STODGE INC. d/b/a POSTSCRIPT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | C.A. No. 23-087 (CJB) |
| | ) | |
| ATTENTIVE MOBILE INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER ON
POST-HEARING BRIEFING SCHEDULE ON 35 U.S.C. § 101 DEFENSE**

Plaintiff Stodge Inc. d/b/a Postscript ("Postscript") and Defendant Attentive Mobile, Inc. ("Attentive") hereby file this Joint Stipulation on Post-Hearing Briefing Schedule on Attentive's 35 U.S.C. § 101 Defense and stipulate as follows:

WHEREAS, on November 7, 2025, the Court ordered a one-day evidentiary hearing on Attentive's patent-ineligibility defense under 35 U.S.C. § 101 (D.I. 821);

WHEREAS, on November 24, 2025, the Court granted the parties' request to submit a joint status report with the parties' proposed post-hearing briefing schedule within two (2) weeks of the Court scheduling the evidentiary hearing (D.I. 827);

WHEREAS, on December 12, 2025, the Court scheduled the evidentiary hearing and ordered the parties to submit their proposals for the post-hearing briefing schedule by no later than December 29, 2025 (D.I. 845);

WHEREAS, the Parties have negotiated proposed dates for the briefing schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to the above-captioned action, subject to the approval of the Court, that the schedule for post-hearing briefing on Attentive's 35 U.S.C. § 101 defense is as follows:

| Submission | Proposed Dates |
|---|---|
| Attentive to submit its Opening Brief (20-page limit on brief) and Proposed Findings of Fact and Conclusions of Law | April 14, 2026 |
| Postscript to submit its Answering Brief (20-page limit on brief) and Proposed Findings of Fact and Conclusions of Law | May 12, 2026 |
| Attentive to submit its Reply Brief (10-page limit on brief) | June 2, 2026 |

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for*
*Stodge Inc. d/b/a Postscript*

OF COUNSEL:

Daralyn J. Durie
Timothy C. Saulsbury
Hannah Jiam
Joyce C. Li
Eric C. Wiener
Ramsey Fisher
Tannyr Pasvantis
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105

Sara Doudar
MORRISON FOERSTER
707 Wilshire Boulevard
Los Angeles, CA 90017

Raghav Krishnapriyan
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Michael J. Flynn (#5333)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Attentive Mobile Inc.*

OF COUNSEL:

Jason Lo
Jihao Chen
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-700

Mark Reiter
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

Benjamin Hershkowitz
Eli Balsam
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Christopher C. Campbell
Britton F. Davis
Halima Ndai

2

Matthew D. Wood
CAHILL GORDON & REINDEL LLP
1990 K Street, N.W., Suite 950
Washington, D.C. 20006
(202) 862-8900

Rahul Sarkar
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

December 29, 2025

**SO ORDERED** this _____ day of December 2025.

_____
The Honorable Christopher J. Burke

3