# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTENTIVE MOBILE INC., )<br>)<br>Defendant. ) | C.A. No. 23-87-CJB |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
## STODGE INC. D/B/A POSTSCRIPT'S MOTION FOR PERMANENT INJUNCTION

PLEASE TAKE NOTICE that Stodge Inc. d/b/a Postscript ("Postscript") hereby withdraws its Motion for a Permanent Injunction (*see* D.I. No. 824) without prejudice.

Dated: January 16, 2026                McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Stodge Inc. d/b/a Postscript*