IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-087 (CJB) |
| | ) |
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Defendant Attentive Mobile Inc. ("Attentive") respectfully moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Attentive states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. An evidentiary hearing is scheduled in this case for March 17, 2026, in Courtroom 2A.

3. The following individuals intend to appear at the evidentiary hearing on behalf of Attentive and request access to their electronic devices to assist with the hearing, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Jason Bencze, Trial Technician

- Eric Miao, Client Representative

- Nathaniel Polish, Expert Witness

WHEREFORE, Attentive respectfully requests that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)
Cameron Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
cclark@morrisnichols.com

March 5, 2026

*Attorneys for Attentive Mobile Inc.*

IT IS SO ORDERED this 9th day of March 2026.

*Christopher J. Burke*
_____
The Hon. Christopher J. Burke
U.S. Magistrate Judge