# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STODGE INC. d/b/a POSTSCRIPT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-87-CJB |
| v. ) | |
| ) | |
| ATTENTIVE MOBILE INC., ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING MOTION FOR EXEMPTION OF PERSONS
FROM THE DISTRICT OF DELAWARE'S
<u>MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered the Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this __10th__ day of __March__ 2026 that:

1. The Motion is GRANTED;

2. For purposes of the March 17, 2026 evidentiary hearing, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

   - Vince Harrington – Legal Support, Morrison Foerster
   - Greg Glass – Technical Support, Point Multimedia

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE